**ORIGINAL**

1  PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

2  Name  Baylis          Patrick          M.
      (Last)         (First)         (Initial)

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NOV 14 2007

3  Prisoner Number  V-31394

4  Institutional Address  C.S.P. Solano, P.O. Box 4000

5  Vacaville, CA 94696

6
                         UNITED STATES DISTRICT COURT
7                    NORTHERN DISTRICT OF CALIFORNIA

8  Patrick M Baylis
(Enter the full name of plaintiff in this action.)       )

9                            )  CV  07  5791

               vs.           )  Case No. _____
10  James Tilton                )  (To be provided by the clerk of court)

11                            )  PETITION FOR A WRIT
                          )  OF HABEAS CORPUS

12                            )

13                            )  E-filing

14  (Enter the full name of respondent(s) or jailor in this action)  )

16                    Read Comments Carefully Before Filling In

17  When and Where to File

18       You should file in the Northern District if you were convicted and sentenced in one of these

19  counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa,

20  San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in

21  this district if you are challenging the manner in which your sentence is being executed, such as loss of

22  good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

23       If you are challenging your conviction or sentence and you were not convicted and sentenced in

24  one of the above-named fifteen counties, your petition will likely be transferred to the United States

25  District Court for the district in which the state court that convicted and sentenced you is located. If

26  you are challenging the execution of your sentence and you are not in prison in one of these counties,

27  your petition will likely be transferred to the district court for the district that includes the institution

28  where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS     - 1 -

1  Who to Name as Respondent

2          You must name the person in whose actual custody you are.  This usually means the Warden or

3  jailor.  Do not name the State of California, a city, a county or the superior court of the county in which

4  you are imprisoned or by whom you were convicted and sentenced.  These are not proper

5  respondents.

6          If you are not presently in custody pursuant to the state judgment against which you seek relief

7  but may be subject to such custody in the future (e.g., detainers), you must name the person in whose

8  custody you are now and the Attorney General of the state in which the judgment you seek to attack

9  was entered.

10  A.  INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

11          1.  What sentence are you challenging in this petition?

12              (a)    Name and location of court that imposed sentence (for example; Alameda

13                     County Superior Court, Oakland):

14                     AlAmeda County Superior Court          Hayward . CA

15                     Court                                  Location

16              (b)    Case number, if known _____

17              (c)    Date and terms of sentence  44-years-to- Life

18              (d)    Are you now in custody serving this term?  (Custody means being in jail, on

19                     parole or probation, etc.)            Yes  ✓      No ____

20                     Where?

21                     Name of Institution: C. S. P. Solano

22                     Address: P.O. Box 4000, Vccaville, CA 94696

23          2.  For what crime were you given this sentence?  (If your petition challenges a sentence for

24  more than one crime, list each crime separately using Penal Code numbers if known.  If you are

25  challenging more than one sentence, you should file a different petition for each sentence.)

26  Kidnapping, A violation of Section (207(a)

27  Robbery, A violation of Section (211)

28  Rape, A violation of Section (261(a)

PET. FOR WRIT OF HAB. CORPUS        - 2 -

3. Did you have any of the following?

    Arraignment:                         Yes ✓     No _____

    Preliminary Hearing:            Yes ✓     No _____

    Motion to Suppress:            Yes ✓     No _____

4. How did you plead?

    Guilty _____    Not Guilty ✓    Nolo Contendere _____

    Any other plea (specify) _____

5. If you went to trial, what kind of trial did you have?

    Jury ✓    Judge alone _____    Judge alone on a transcript _____

6. Did you testify at your trial?             Yes ✓     No _____

7. Did you have an attorney at the following proceedings:

    (a)    Arraignment               Yes ✓     No _____

    (b)    Preliminary hearing        Yes ✓     No _____

    (c)    Time of plea             Yes ✓     No _____

    (d)    Trial                   Yes ✓     No _____

    (e)    Sentencing              Yes ✓     No _____

    (f)    Appeal                 Yes ✓     No _____

    (g)    Other post-conviction proceeding    Yes _____     No ✓

8. Did you appeal your conviction?         Yes ✓     No _____

    (a)    If you did, to what court(s) did you appeal?

            Court of Appeal           Yes ✓     No _____

            Year: 2004    Result: Denied _____

            Supreme Court of California    Yes ✓     No _____

            Year: 2005    Result: Denied _____

            Any other court          Yes _____     No ✓

            Year: _____    Result: _____

    (b)    If you appealed, were the grounds the same as those that you are raising in this

1             petition?     Yes ✓     No_____

2      (c)     Was there an opinion?     Yes ✓     No_____

3      (d)     Did you seek permission to file a late appeal under Rule 31(a)?

4                            Yes_____     No ✓

5             If you did, give the name of the court and the result:

6             _____

7             _____

8  9. Other than appeals, have you previously filed any petitions, applications or motions with respect to

9  this conviction in any court, state or federal?     Yes_____     No ✓

10        [Note: If you previously filed a petition for a writ of habeas corpus in federal court that

11  challenged the same conviction you are challenging now and if that petition was denied or dismissed

12  with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit

13  for an order authorizing the district court to consider this petition. You may not file a second or

14  subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28

15  U.S.C. §§ 2244(b).]

16      (a)     If you sought relief in any proceeding other than an appeal, answer the following

17             questions for each proceeding. Attach extra paper if you need more space.

18          I.     Name of Court: _____

19              Type of Proceeding: _____

20              Grounds raised (Be brief but specific):

21              a._____

22              b._____

23              c._____

24              d._____

25              Result: _____ Date of Result:_____

26          II.     Name of Court: _____

27              Type of Proceeding: _____

28              Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS     - 4 -

1      a._____

2      b._____

3      c._____

4      d._____

5      Result:_____Date of Result:_____

6   III.   Name of Court:_____

7      Type of Proceeding:_____

8      Grounds raised (Be brief but specific):

9      a._____

10      b._____

11      c._____

12      d._____

13      Result:_____Date of Result:_____

14   IV.    Name of Court:_____

15      Type of Proceeding:_____

16      Grounds raised (Be brief but specific):

17      a._____

18      b._____

19      c._____

20      d._____

21      Result:_____Date of Result:_____

22   (b)    Is any petition, appeal or other post-conviction proceeding now pending in any court?

23                                 Yes _____     No ✓

24      Name and location of court:_____

25  B. GROUNDS FOR RELIEF

26      State briefly every reason that you believe you are being confined unlawfully. Give facts to

27  support each claim. For example, what legal right or privilege were you denied? What happened?

28  Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

1    need more space. Answer the same questions for each claim.

2         [Note: You must present ALL your claims in your first federal habeas petition. Subsequent

3    petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4    499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5    Claim One: The Trial Court Committed Error of Federal Constitutional Dimension When It Denied

6    Me My Motion To Substitute McHave as My Retained Attorney of Choice

7    Supporting Facts: The Trial Court Below quoted The Following Passage From The United

8    States Supreme Court's Five-to-Four Decision In Wheat v. United States

9    (1988) 486 U.S. 153 [108 S. Ct. 1692, 100 L. Ed. 2d 140] See Attach

10    Exhibit-(A-1) - (A-4)

11    Claim Two: The Trial Court Had A Duty To Instruct The Jury on

12    The Lesser Included offense of Theft In Count 8.

13    Supporting Facts: The Robbery Conviction Must Be Reversed In

14    Rodriquez v. Superior Court, Supra. 159 Cal. App. 3d at p. 827)

15    The Evidence In The Instant Case Gave The Jury No Reason To Believe That

16    I formed An Intent To Steal Money from Jane Doe )See Attach Exhibit-B-1-(B-2)

17    Claim Three:_____

18    _____

19    Supporting Facts:_____

20    _____

21    _____

22    _____

23         If any of these grounds was not previously presented to any other court, state briefly which

24    grounds were not presented and why:

25    _____

26    _____

27    _____

28    _____

1    List, by name and citation only, any cases that you think are close factually to yours so that they

2    are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning

3    of these cases:

4    United States v. Gonzalez-Lopez (8th Cir. 2005) 399 F.3d 924, 926, 933

5    Alcocer v. Superior Court (1988) 206 Cal. App. 3d 951

6    _____

7    Do you have an attorney for this petition?                      Yes_____      No ✓

8    If you do, give the name and address of your attorney:

9    _____

10    WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in

11    this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

12

13    Executed on October-2 -2007         _Patrick Braylin_____

14              Date                         Signature of Petitioner

15

16

17

18

19

20    (Rev. 6/02)

21

22

23

24

25

26

27

28

# EXHIBIT COVER PAGE:

Exhibit: _A-1_

Description of this exhibit:

Number of pages of this exhibit: _5_ pages

JURISDICTION: (Check only one)

_____ **Municipal Court**

_____ **Superior Court**

_____ **Appellate Court**

_____ **State Supreme Court**

__✓__**United States District Court**

_____ **United States Circuit Court**

_____ **United States Supreme Court**

_____ **California Department of Corrections, 602 Exhibit.**

_____ **Other:** _____

1  More than five months Prior to trial on May 1 2003. I filed a
2  Motion to Substitute retained counsel (Richard E. Have) for my
3  Court appointed attorney (Michael Berger) Mr. Have had
4  Previously represented Rodney Mr. Have had first appeared in
5  Court in the instant case Several months earlier- on November 27.
6  2002. With Mr. Berger consent At that time he informed the Court
7  that he was attempting to Substitute in as counsel of record
8  for ME Because the People opposed the Substitution counsel
9  the Matter was continued until December 20 2002 on
10 December 20th Mr. Have made another Special appearance
11 Making a Motion to Substitute in as counsel of record for
12 me at that hearing following disBussion with counsel the
13 court Stated "this Motion to Substitute counsel is Somewhat
14 complex and the court dose need to have Some time to
15 review the authorities because there is a Potential here that
16 the Waiver of conflict of interest is not Waiverable So that's the
17 Position of the People We need to have argument on that
18 The court directed counsel to file a formal Motion and
19 opposition and State that "in light of the circumstances
20 of this case the Court will order and will grant the request
21 for independent counsel to be appointed, and that's been
22 the recommendation by both the People and the defense.
23 counsel independent counsel was appointed "for the Specific
24 Purpose of advising me on the question of whether
25 I wish to agree to a Potential conflict of interest in
26 having Mr. Have represent me in this matter the matter
27 was subsequently continued in support of my Motion
28 to Substitue counsel I filed a declaration in which I

A-1 -1

1 Stated that I was aware that Rodney was originally charged
2 with the Present offenses of which I now stand charged
3 Mr. Have has advised me that because of these facts I
4 must be informed of my right to have counsel free from
5 any apparent or real conflict of interest I have been
6 informed that I have the right to have an attorney
7 represent me that has no conflict of interest I have also
8 been advised by Mr. Have that I have the right to have
9 another independent attorney Mr. Have dicuss with me
10 these Situation and discuss my rights and answer
11 my questions relating to any Conflict of interest.
12 I waived my right to consult with another attorney
13 I stated that the issue of my brother's arrest and
14 Conduct for these offenses will be evidence sought to be
15 introduced at my trial by any attorney I stated that
16 I believed that "Mr. Have has my best interest in mind
17 and will represent me without limitation I want him as
18 my attorney I specifically waive (give up) my issue as
19 to conflicts of interest relating to Mr. Have representing
20 me and have been fully advised as the circumstances
21 relating to this Mr. Have informed the court that he was
22 no longer representing Rodney and that another attorney
23 had represented Rodney on the appeal from the matter
24 in which Mr. Have had previously represented Rodney
25 Mr. Have informed the court that he did not believe there
26 was any Problem with me discussing the matter
27 with independent counsel So the court issue an order
28 appointing counsel just for that Purpose So that I can
have that conversation.

A-1-2

1 On June. 2, 2003. the Motion for Substitution of counsel
2 came on for hearing. at that hearing independent counsel
3 John Noonan the attorney appointed by the court to
4 Consult with regarding the consequences that might
5 flow if the court should allow Mr. Howe to substituted
6 in as counsel informed the court that he had met with
7 me and following that consultation. I still wish to
8 have Mr. Howe represent me so I think from intelligence
9 wise and understanding wise I think I am capable
10 of making decision that will effect my future
11 The court questioned Mr. Noonan as to the scope of my
12 understanding of all the potential conflicts that arise in
13 this case as a result of Mr. Howe representing me
14 having originally represented my Brother in this
15 matter actually with respect to these charges as
16 well as some unrelated matters Mr. Noonan
17 represented to the court that I was fully aware
18 and had waived any such conflicts of interest on
19 Mr. Howes Part the court then conducted an extensive voir
20 dire of my concerning those potential conflicts
21 including three specific areas of conflict at which time
22 I informed the court that I was aware of the
23 potential conflicts and waived those conflicts on the
24 record I stated I would like for Mr. Howe to
25 represent me. The trial Court Error Denying Me My
26 Motion for Substitution of counsel is Reversible
27 without a showing of Prejudice. The Sixth amendment
28 to the United States Constitution Provides that in all Criminal

1  Prosecutions, the accused shall enjoy the right to have
2  the Assistance of counsel for his defense. In the case
3  befor this court I was denied this fundamental Sixth
4  Amendment right when the trial court denied my motion
5  to be represented by retained counsel of my choice
6  United State v. Ray (9th Cir. 1984) 731 F.2d 1361, 1365 United State v.
7  Rewald, Supra, 889 F.2d 836, 856.) Whether or not the Violation
8  of a federal constitutional right is subject to harmless Error
9  review depends on whether trial "Error" or Structural "Error" is
10 involved. Harmless Error anclisis applies in cases of
11 trial Error - Error which occurred during the Presentation
12 of the case to the Jury, and which may there for be
13 quantitatively assessed in the context of other evidence
14 Presented in order to determine whether its admission was
15 harmless beyond A reasonable doubt. The United States
16 Supreme court has not decided upon the applicable
17 Standard of review in A case relating to the denial of
18 the Sixth Amendment right of A criminal defendant to be
19 represented by the retained attorney of his choice.
20 However, in Flanagan v. United States (1984) 465 U.S. 259, 268.
21 (104 S.Ct 105, 79 L.Ed.2d 288) the hight court hinted that the denial
22 of the right to counsel of choice may result in automatic
23 reversal by comparing the right to right which if
24 violated result in automatic reversal (United State. V.
25 Gonzalez-Lopez (8th Cir. 2005) 399 F.3d 924, 926, 933.)
26 In its recent decision in Gonzalez-Lopez, the Eighth
27 Circuit Stated: We recognize that nearly all the
28 Circuit Courts to address this issue have held A
   criminal defendant who is denied the Sixth Amendment

A-1-4

1  right to be represented by his chosen attorney does
2  not have to demonstrate prejudice to obtain reversal
3  of the conviction. See United States v. Voigt, 89 F.3d
4  1050, 1074 (3d Cir 1996) United States v. Childress, 58 F.3d 693, 736
5  (D.C. Cir 1995) United States v. Mendoza-Salgado, 964 F.2d 993, 1015-16
6  10th Cir 1992)
7  United States v. Panzardi-Alvarez, 816 F.2d 813, 818 (1st Cir. 1987)
8  United States v. Walters, 309 F.3d 589, 593 (4th Cir 2002)
9  holding harmless error review applies to denial of
10  counsel of choice at Sentencing Phase only because
11  denial was not A complete denial of counsel of choice
12  We join the majority of circuit courts and hold the
13  denial of A criminal defendents Sixth Amendment right to
14  be represented by the Attorney he Selected results
15  in Automatic reversal of the conviction
16  United States v. Gonzalez-Lopez, Supra, 399 F.3d at P. 930)
17  because I was denied my fundamental constitutional
18  right to be represented by the retained Attorney of
19  my choice, I asks this Court to join the
20  majority of circuit courts and reverse the Judgment
21  of conviction without A Showing of PreJudice
22  United States v. Gonzalez-Lopez, Supra, 399 F.3d at P. 930
23  Deprivation of appellant's right to counsel of my
24  choice requires A reversal regardless of whether
25  in fact I had a fair trial.
26
27
28

# EXHIBIT COVER PAGE:

Exhibit: A-2

Description of this exhibit:

Number of pages of this exhibit: 2 pages

JURISDICTION: (Check only one)

_____ Municipal Court

_____ Superior Court

_____ Appellate Court

_____ State Supreme Court

✓ United States District Court

_____ United States Circuit Court

_____ United States Supreme Court

_____ California Department of Corrections, 602 Exhibit.

_____ Other: _____

C00351

<table>
<tr><td>1</td><td>Richard E. Hove<br>Attorney at Law</td><td rowspan="4">FILED<br>ALAMEDA COUNTY<br><br>JUN 1 3 2003<br><br>CLERK OF THE SUPERIOR COURT<br>By _____ <i>Taylor</i> _____<br>Deputy</td></tr>
<tr><td>2</td><td>24072 Myrtle Street<br>Hayward, CA 94541</td></tr>
<tr><td>3</td><td>510-888-9111</td></tr>
<tr><td>4</td><td>Bar No. 53780</td></tr>
</table>

5

6
7

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
HAYWARD HALL OF JUSTICE

8

9 THE PEOPLE OF THE STATE OF
CALIFORNIA

No.: H28364

10
11

Plaintiff,

DECLARATION OF PATRICK BAYLIS

vs.

12
13

PATRICK BAYLIS,

DATE:
TIME:
DEPT:

14
15

Defendant.

16 I , Patrick Baylis declare:

17    1. I am the defendant in this action.

18    2. I am seeking to substitute Richard E. Hove as my attorney.

19    3. I want Mr. Hove to represent me.

20
21    4. I am aware that I have the right to an attorney to represent me free of any conflict.

22    5. I am aware this means an attorney who has only my interest in mind.

23    6. I am aware Mr. Hove represented my brother Rodney Baylis in a rape trial. I was called on
       a witness in that trial, and as such he has ethical duties and responsibilities to my brother. I
24     am aware that my brother was originally charged with the charges I now face.

25    7. I am aware that a defense in this case would require evidence being produced that Rodney
       Baylis committed these offenses. I am aware this may give Mr. Hove reason to not
26     represent my interests alone. I am mindful of the above and still believe Mr. Hove will
       represent me to his fullest ability and have any conflict as to this.
27

28

A2-1          EXHIBIT B

C00352

8. I am informed Mr. Hove could be called as a witness. The prosecution may try to question him about conversation I may have had with him as a witness at my bother's trial. I have absolutely no problem with this and waive any conflict as to this.

9. I am informed Mr. Hove may have had conversations with my brother during his representation of him. I am informed Mr. Hove may have knowledge of certain information through this. I waive my conflict to information Hove may have obtained. I believe this would be to my advantage.

10. I am informed as well that my mother and step father were witnesses at my brother's trial. I am aware Mr. Hove spoke with them. Their testimony is a matter of public record. If any conflict would exist due to this I waive it.

11. I am informed by attorney John Noonan I have an absolute right to conflict free counsel. I am aware of the dangers of waiving potential conflicts. I waive them, as I want Mr. Hove to represent me. I believe he will do so to the best of his ability and will protect my interests.

I declare the above under penalty of perjury.

Dated: ____6 · 11____ , 2003 at _Dublin_ California.

_Patrick Baylis_
PATRICK BAYLIS

# EXHIBIT COVER PAGE:

Exhibit: $A-3$

Description of this exhibit:

Number of pages of this exhibit: $2$ pages

JURISDICTION:  (Check only one)

_____Municipal Court

_____Superior Court

_____Appellate Court

_____State Supreme Court

_✓_United States District Court

_____United States Circuit Court

_____United States Supreme Court

_____California Department of Corrections, 602 Exhibit.

_____Other: _____

C00349

1  Richard E. Hove
   Attorney at Law
2  24072 Myrtle Street
   Hayward, CA 94541
3  510-888-9111

4  Bar No. 53780

5

6          SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
7                     HAYWARD HALL OF JUSTICE

8

9  THE PEOPLE OF THE STATE OF              No.:
   CALIFORNIA

10         Plaintiff,                      DECLARATION OF PATRICK BAYLIS

11  vs.

12  PATRICK BAYLIS,                        DATE:
                                           TIME:
13                                         DEPT:

14         Defendant.

15

16     I, Patrick Baylis, declare:

17     I am the defendant in this matter. I seek to have attorney Richard E. Hove be my attorney

18  in this case. I have been advised by Mr. Hove that a conflict of interest may exist due to his prior

19  representation of my brother Rodney Baylis. I am aware that Rodney was originally charged with

20  the present offenses of which I now stand charged. Mr. Hove has advised me that because of these
21
    facts I must be informed of my right to have counsel free from any apparent or real conflict of
22
    interest. I have been informed that I have the right to have an attorney represent me that has no
23
24  conflict of interest. I have also been advised by Mr. Hove that I have the right to have another

25  independent attorney (other than Hove) discuss with me these situation and discuss my rights and

26  answer my questions relating to any conflict of interest.

27

28
                              A-3-1
                                 -2-

                     EXHIBIT  A

C00350

1    I do not seek to have another attorney discuss this matter with me. I waive that right.

2    I believe that any attorney who represents me will present the same facts to the jury. The

3    issue of my brother's arrest and conduct for these offenses will be evidence sought to be

4    introduced at my trial by any attorney.

5    I believe Mr. Hove has my best interest in mind and will represent me without limitation. I

6    want him as my attorney.

7

8    I specifically waive (give up) my issue as to conflict of interest relating to Mr. Hove

9    representing me and have been fully advised as the circumstances relating to this.

10

11    *Patrick Baylis*
      PATRICK BAYLIS

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                              A-3-2
                                  - 3 -

# EXHIBIT COVER PAGE:

Exhibit: $A - 4$

Description of this exhibit:

Number of pages of this exhibit: $1$ pages

JURISDICTION:  (Check only one)

\_\_\_\_\_Municipal Court

\_\_\_\_\_Superior Court

\_\_\_\_\_Appellate Court

\_\_\_\_\_State Supreme Court

\_\_\_✓United States District Court

\_\_\_\_\_United States Circuit Court

\_\_\_\_\_United States Supreme Court

\_\_\_\_\_California Department of Corrections, 602 Exhibit.

\_\_\_\_\_Other: _____

C00353

FILED
ALAMEDA COUNTY

MAY 2 3 2003

CLERK OF THE SUPERIOR COURT
By _____
                        Deputy

1  Richard E. Hove
   Attorney at Law
2  24072 Myrtle Street
   Hayward, CA 94541
3  510-888-9111

4  Bar No. 53780

5

6

7

8          SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
           HAYWARD HALL OF JUSTICE

9  THE PEOPLE OF THE STATE OF          No.: H28364
   CALIFORNIA
10
            Plaintiff,               DECLARATION OF RODNEY BAYLIS
11
       vs.
12                                    DATE:
   PATRICK BAYLIS,                    TIME:
13                                    DEPT:

14
            Defendant.
15

16      I, Rodney Baylis, declare:

17      I was represented by Richard E. Hove. I was originally charged with the offenses now

18  charged against Patrick Baylis. The District Attorney dismissed these charges against me.

19      I understand that Patrick Baylis is now seeking to have Mr. Hove represent him. Since I

20  was represented by Mr. Hove and was charged with these offenses, I have been advised that a

21  conflict of interest may exist with Mr. Hove representing Patrick Baylis . I am aware of this and

22  herby waive any conflict of interest regarding same. I declare the above under penalty of perjury.

23

24  Dated: 5-15 , 2003 at Vacavill California.

25

26

27                                    RODNEY BAYLIS

28
                A4-1              EXHIBIT C

# EXHIBIT COVER PAGE:

Exhibit:  B-1

Description of this exhibit:

Number of pages of this exhibit: ___2___ pages

JURISDICTION:  (Check only one)

_____Municipal Court

_____Superior Court

_____Appellate Court

_____State Supreme Court

__✓__United States District Court

_____United States Circuit Court

_____United States Supreme Court

_____California Department of Corrections, 602 Exhibit.

_____Other: _____

The Trial Court Committed Prejudicial Error When it failed
To instruct The Jury on Theft as A Lesser included
offense To Robbery. in count 8, I was charged
With and convicted of Robbing Jane Doe in
Violation of Section 211, at trial, Jane Doe testified
that after I left her, she discovered that she was
Missing ($17) from her Pents. I contends that my
conviction of Robbery in count 8, must be reversed
because the trial court committed Prejudicial
Error When it did not instruct the Jury on Lesser Included
offense of theft. The trial court had A duty to instruct
the Jury on the lesser included offense of theft in Count
8, under California law, A trial court errs if it fails
to instruct, Sua Sponte, on all theories of A lesser
included offense which find substantial support in
the evidence. The trial court below instructed the Jury
on the elements of robbery, as charged in count 8,
The trial court did not instruct the Jury on theft as
A lesser included offense. in (Rodriquez V. Superior
Court)(1984) 159 Cal. App. 3d 821) which involved facts
indistinguishable(for Present Purposes) from those of the
instant case, Division three of this court went even
farther than I urges here. The court held that
the defendant could not be held to answer on
robbery charges. The defendant in Rodriguez forced
A woman, with her Purse, into the car he was
driving. He drove to a baseball field and grabbed
her out of the car, the Purse stayed behind in the
car

B-1-1

He raped her on the baseball field, then told her to wait there. He returned to the car and drove off. The women returned to where the car had been and did not see her purse. After A Magistrate held the Rodriquez defendant to answer for robbery the defendant sought writ relief arguing "that" any force or fear which took place occurred in connection with the rape and not with the taking of the victim's purse Rodriquez, supra, 159 Cal. App. 3d at 824.) The Court of Appeal agreed:

# E X H I B I T   C O V E R   P A G E :

Exhibit: $B-2$

Description of this exhibit:

Number of pages of this exhibit: $2$ pages

JURISDICTION:  (Check only one)

_____Municipal Court

_____Superior Court

_____Appellate Court

_____State Supreme Court

_✓_United States District Court

_____United States Circuit Court

_____United States Supreme Court

_____California Department of Corrections, 602 Exhibit.

_____Other: _____

1    CERTAIN OR UNCERTAIN OF THE IDENTIFICATION.  WHETHER THE

2    WITNESS' IDENTIFICATION IS IN FACT THE PRODUCT OF HER OWN

3    RECOLLECTION AND ANY OTHER EVIDENCE RELATING TO THE WITNESS'

4    ABILITY TO MAKE AN IDENTIFICATION.

5         IN THE CRIMES AND ALLEGATIONS CHARGED IN COUNTS 1,

6    2, 3 4, AND 6 AND THE ALLEGATIONS 5, 7, AND 8, THERE MUST EXIST

7    A UNION OR JOINT OPERATION OF ACT OR CONDUCT AND GENERAL

8    CRIMINAL INTENT.  GENERAL INTENT DOES NOT REQUIRE AN INTENT TO

9    VIOLATE THE LAW.  WHEN A PERSON INTENTIONALLY DOES THAT, WHICH

10   THE LAW DECLARES TO BE A CRIME, HIS ACTING IN GENERAL CRIMINAL

11   INTENT EVEN THOUGH HE MAY NOT KNOW HIS ACT OR CONDUCT IS

12   UNLAWFUL.

13        IN THE CRIMES CHARGED IN COUNTS 5, 6, 7 AND 8, THERE

14   MUST EXIST A UNION OR JOINT OPERATION OF ACT OR CONDUCT IN A

15   CERTAIN SPECIFIC INTENT IN THE MIND OF THE PERPETRATOR.  UNLESS

16   THE SPECIFIC INTENT EXISTS, THE CRIME TO WHICH IT RELATES IS

17   NOT COMMITTED.  THE SPECIFIC INTENT REQUIRED IS INCLUDED IN THE

18   DEFINITIONS OF CRIMES SET FORTH ELSEWHERE IN THESE

19   INSTRUCTIONS.

20        DEFENDANT IS ACCUSED IN COUNT 8 OF HAVING COMMITTED

21   THE CRIME OF ROBBERY, A VIOLATION OF SECTION 211 OF THE PENAL

22   CODE.  EVERY PERSON WHO TAKES PERSONAL PROPERTY FROM THE

23   POSSESSION OF ANOTHER AGAINST THE WILL AND FROM THE PERSON OR

24   IMMEDIATE PRESENCE OF THAT PERSON, ACCOMPLISHED BY MEANS OF

25   FORCE OR FEAR, WITH THE SPECIFIC INTENT PERMANENTLY TO DEPRIVE

26   THAT PERSON OF THE PROPERTY IS GUILTY OF THE CRIME OF ROBBERY,

27   IN VIOLATION OF PENAL CODE SECTION 211.  IMMEDIATE PRESENCE

28   MEANS AN AREA WITHIN THE ALLEGED VICTIM'S REACH, OBSERVATION OR

1 | CONTROL SO THAT HE OR SHE COULD NOT, IF NOT OVERCOME BY

2 | VIOLENCE OR PRESENTED BY FEAR, RETAINED POSSESSION OF THE

3 | SUBJECT PROPERTY.

4 | AGAINST THE WILL MEANS WITHOUT CONSENT.  IN ORDER TO

5 | PROVE THIS CRIME, EACH OF THE FOLLOWING ELEMENTS MUST BE

6 | PROVED:  ONE, A PERSON HAD POSSESSION OF SOME PROPERTY OF VALUE

7 | HOWEVER SLIGHT; TWO THE PROPERTY WAS TAKEN FROM THAT PERSON OR

8 | FROM HER IMMEDIATE PRESENCE; THREE, THE PROPERTY WAS TAKEN

9 | AGAINST THE WILL OF THAT PERSON; FOUR, THE TAKING WAS

10 | ACCOMPLISHED BY EITHER FORCE OR FEAR; AND FIVE, THE PROPERTY

11 | WAS TAKEN WITH THE SPECIFIC INTENT PERMANENTLY TO DEPRIVE THAT

12 | PERSON OF THE PROPERTY.

13 | THE ELEMENT OF FEAR IN THE CRIME OF ROBBERY MAY BE

14 | EITHER ONE, THE FEAR OF AN UNLAWFUL INJURY TO THE PERSON OR

15 | PROPERTY OF THE PERSON ROBBED OR, TWO, ANY OF HER RELATIVES OR

16 | FAMILY MEMBERS OR TO THE FEAR OF AN IMMEDIATE AND UNLAWFUL

17 | ENTRY OF THE A PERSON OR PROPERTY OF ANYONE IN THE COMPANY OF

18 | THE PERSON ROBBED AT THE TIME OF THE ROBBERY.

19 | THERE ARE TWO DEGREES OF ROBBERY.  IF YOU FIND THE

20 | DEFENDANT GUILTY OF THE CRIME OF ROBBERY, I INSTRUCT YOU THAT

21 | IT IS ROBBERY IN THE SECOND DEGREE AS A MATTER OF LAW.  EVERY

22 | PERSON WHO UNLAWFULLY AND WITH PHYSICAL FORCE OR BY ANY OTHER

23 | MEANS OF INSTILLING FEAR STEALS OR TAKES OR HOLDS, DETAINS OR

24 | ARRESTS ANOTHER PERSON AND CARRIES THAT PERSON WITHOUT HER

25 | CONSENT AND/OR COMPELS ANY PERSON WITHOUT HER CONSENT AND

26 | BECAUSE OF A REASONABLE APPREHENSION OF HARM TO MOVE FOR A

27 | DISTANCE THAT IS A SUBSTANTIAL IN CHARACTER IS GUILTY OF THE

28 | CRIME OF KIDNAPPING, A VIOLATION OF PENAL CODE SECTION 207(A).

COURT OF APPEAL, FIRST APPELLATE DISTRICT
350 MCALLISTER STREET
SAN FRANCISCO, CA 94102
DIVISION 5

Gordon Stewart Brownell
1241 Adams St.
PMB 1139
St Helena, CA 94574

THE PEOPLE,
Plaintiff and Respondent,
v.
PATRICK BAYLIS,
Defendant and Appellant.

A106217
Alameda County No. CH28364

* * REMITTITUR * *

    I, Diana Herbert, Clerk of the Court of Appeal of the State of California, for the First Appellate District, do hereby certify that the decision entered in the above-entitled cause on May 24, 2006 has now become final.

___Appellant ___Respondent to recover costs
___Each party to bear own costs
_✓_Costs are not awarded in this proceeding
___See decision for costs determination

    Witness my hand and the Seal of the Court affixed at my office this

**SEP 2 J 2006**

Diana Herbert
Clerk of the Court

**MARY P QUILEZ**

SEAL

Deputy Clerk

msck

Court of Appeal, First Appellate District, Div. 5 - No. A106217
**S144619**

# IN THE SUPREME COURT OF CALIFORNIA

**En Banc**

THE PEOPLE, Plaintiff and Respondent,

v.

PATRICK BAYLIS, Defendant and Appellant.

Petition for review DENIED.

SUPREME COURT
**FILED**

SEP 1 3 2006

**Frederick K. Ohlrich Clerk**

DEPUTY

**GEORGE**

Chief Justice

## DECLARATION AND PROOF OF SERVICE BY MAIL

I, Patrick Baylis , declare under the penalty
of perjury that I am over the age of 18 years, ( ) and not a
party, or ( ) am a party to this action, and reside in Solano
County, at P.O. Box 4000, (Cell #225 - 12 ) Vacaville,
Build
California, 95696-4000.

That on October , 2 , 2007, I deposited in the
United States Mail at California State Prison - Solano,
Vacaville, California a copy of the attached hereof:

in a sealed envelope with postage fully prepaid, and addressed
to: United States District Court
Northern District of California
450 Golden Gate Avenue
Sanfrancisca, CA, 94102 - 3483

I declare under the penalty of perjury that the
foregoing is true and correct. This declaration was executed on
this October , ____ , 2007, at CSP-Solano, Vacaville, California,
95696-4000.

Patrick Baylis

DECLARANT

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 05/01/2007 | | BEGINNING BALANCE | | | | | 0.58 |
| 06/18 | *DD30 | CASH DEPOSIT   8020-4718 | | | 11.25 | | 11.83 |
| 06/28/07 | W389 | DONATION - YO  0461ALBERT | | | | 10.75 | 1.08 |
| 08/24 | U516 | LEGAL COPY CH 1126-L/CPY | | | | 0.90 | 0.18 |

## CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 08/22/2007 | H118 | LEGAL COPIES HOLD | 1459-L/CPY | 10.20 |

DATE SENTENCED: 04/14/04

COUNTY CODE: ALA

CASE NUMBER: H28364

* RESTITUTION ACCOUNT ACTIVITY

FINE AMOUNT: $ 10,000.00

| DATE | TRANS. | DESCRIPTION | | TRANS. AMT. | BALANCE |
|---|---|---|---|---|---|
| 07/01/2007 | | BEGINNING BALANCE | | | 9,830.00 |
| 07/18/07 | DR30 | REST DED-CASH DEPOSIT | | 12.50- | 9,817.50 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED. *

## TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.58 | 11.25 | 11.65 | 0.18 | 10.20 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 10.02- |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Barbara Patton

1

2                                            Case Number: _____ _____ _____

3

4

5

6

7

8

9                        **CERTIFICATE OF FUNDS**

10                                    **IN**

11                        **PRISONER'S ACCOUNT**

12

13          I certify that attached hereto is a true and correct copy of the prisoner's trust account

14   statement showing transactions of _Patrich Baylis  -V31394_  for the last six months

15   at

16                                            [prisoner name]

17   _Solana State Prison_       where (s)he is confined.

18          [name of institution]

19          I further certify that the average deposits each month to this prisoner's account for the

20   most recent 6-month period were $ _0. OO_  and the average balance in the prisoner's

21   account each month for the most recent 6-month period was $ _0. OO_ .

22

23   Dated: _11 8 07_                _Borbora Patton_

24                                            [Authorized officer of the institution]

25

26

27

28

- 5 -