Mr. Richard W. Wieking  
Clerk, U.S. District Court  
Northern District of California

Date- 2-17-08

My name is Patrick Baylis -V-31394  
C.S.P. Solano  
P.O. Box 4000  
Vacaville, CA. 95696

RECEIVED FILED FEB 2 0 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

I filed a Pro Se Petition for a Writ of habeas Corpus under 28 U.S.C. 2254 in the United States District Court for the Northern District of California and they sent me some paper work back for an order to show cause N.A. C07.5791 CRB (PR) (Doc #2) and I don't understand what it mean I know that my Constitutional right was violated but I'm going to need Some one to help me with my writ I did not finish high school and my reading is not good at all and I know that this writ is going to get more complicated I just don't understand I need Some help So I'm asking the United States District Court for the northern District of California if they can Please assign an Attorney to help me with my writ I want to thank you for your time

Sincerely  
Patrick Baylis

Mr. Patrick Baylis V-31394-12-225
C.S.P. Solano
P.O. Box 4000
Vacaville, CA, 95696

**LEGAL MAIL**

California State Prison - Solano

CSP SOLANO
STATE PRISON



Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA, 94102-3483

3410233661 C004