EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
ALLAN YANNOW, State Bar No. 63257
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5955
 Fax:  (415) 703-1234
 Email:  Allan.Yannow@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **PATRICK M. BAYLIS,**<br><br>                                    Petitioner,<br><br>            **v.**<br><br>**JAMES TILTON,**<br><br>                                    Respondent. | C 07-5791 CRB (PR) |

**ANSWER TO ORDER TO SHOW CAUSE**

EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
ALLAN YANNOW, State Bar No. 63257
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5955
  Fax:  (415) 703-1234
  Email:  Allan.Yannow@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICK M. BAYLIS,** | C 07-5791 CRB (PR) |
| Petitioner, | **ANSWER TO ORDER TO SHOW CAUSE** |
| **v.** | |
| **JAMES TILTON,** | |
| Respondent. | |

Respondent, James E. Tilton, Director of the California Department of Corrections, provides this answer to the Order to Show Cause.

## I.

## CUSTODY

Petitioner is in the lawful custody of the California Department of Corrections after a conviction in the Superior Court in and for the County of Alameda of four counts of rape, one count of penetration with a foreign object, one count of forcible oral copulation, one count of kidnaping with the intent to commit rape or oral copulation, and one count of robbery.  With the addition of sentence enhancements for personal use of a firearm and for movement of the victim that substantially increased the risk to her, the court imposed a sentence of 44 years to life.

Answer to Order to Show Cause - C 07-5791 CRB (PR)

## II.

## EXHAUSTION

The Court of Appeal affirmed the conviction.    The California Supreme Court denied review.  Petitioner has no available and unexhausted state remedies.

## III.

## RECORDS SUBMITTED

The Clerk's Transcript is Exh. A.  The Reporter's Transcript is Exh. B. The appellant's opening brief is Exh. C.  The respondent's brief is Exh. D.  The reply brief is Exh. E.  The supplemental letter brief of petitioner is Exh. F.  The supplemental letter brief of respondent is Exh. G. The opinion of the Court of Appeal is Exh. H.  The petition for review is Exh. I.  The order denying review is Exh. J.

## IV.

## DENIAL OF CLAIMS

Respondent denies all allegations in the petition except for those that are admitted in the attached Memorandum of Points and Authorities which is hereby incorporated by reference.

Wherefore, respondent requests that the petition for writ of habeas corpus be denied.

Dated:  April 14, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General

*/s/ Allan Yannow*
ALLAN YANNOW
Deputy Attorney General

Attorneys for Respondent

40239920.wpd; SF2008400532

Answer to Order to Show Cause - C 07-5791 CRB (PR)

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28