EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
ALLAN YANNOW
Deputy Attorney General
State Bar No. 63257
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-3664
  Telephone: (415) 703-5955
  Fax: (415) 703-1234
  Email: allan.yannow@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **PATRICK M. BAYLIS,** | C 07-5791 CRB (PR) |
| Petitioner, | **NOTICE OF LODGED EXHIBITS** |
| v. | |
| **JAMES TILTON,** | |
| Respondent. | |

    Respondent hereby lodges with the Court the following exhibits:

    Exhibit A             Clerk's Transcripts

    Exhibit B             Reporter's Transcripts

       Exhibit B1         Eight Volumes of Pretrial Proceedings from July 7, 2000 to November 27, 2003

       Exhibit B2         Eight Volumes of Trial Transcripts

    Exhibit C             Appellant's Opening Brief

    Exhibit D             Respondent's Brief

    Exhibit E             Reply Brief

    Exhibit F             Supplemental Letter Brief of Petitioner

| | | |
|---|---|---|
| 1 | Exhibit G | Supplemental Letter Brief of Respondent |
| 2 | Exhibit H | Opinion of the Court of Appeal |
| 3 | Exhibit I | Petition for Review |
| 4 | Exhibit J | Order Denying Review |

Dated: April 14, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


ALLAN YANNOW
Deputy Attorney General

Attorneys for Respondent

AY/cfl/eaw
SF2008400532
40239948.wpd

Notice Of Lodged Exhibits - C 07-5791 CRB (PR)