FILED
~~RECEIVED~~

APR 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CA

Case Number: CV07-05791-CRB
Patrick M. Baylis - V-31394

Date - 4-16-08
Time: 5:45 pm

Office of The Clerk, U.S. District Court
Northern District of California.

My name is Patrick M. Baylis and I am responding to A Petition that was sent to me in responds to my Writ of habeas Corpus that was sent to the federal Court's. The Attorney General of the State of California sent me A Answer to order to Show Caus I receive this order on - (4-16-08) But I am in Custody and we are on lockdown at Solano State Prison (C.S.P. Solano) in Vacaville, CA. We have been on lockdown Effective 3-28-08 and I can't go to the law library to do any law work or research on this Case I don't know when we are coming off this lockdown I want to ask the court's for an 60 day extension from today of 4-16-08 for my Petitioner's Traverse to answer to this order I can't do anything until I come

United States District Court Northern District of California.

My name is Patrick M Baylis and I am responding to A Petition that was sent to me in responds to my Writ of habeas Corpus that was sent to the federal court's. The Attorney General of the State of California sent me A Answer to order to Show Caus I receive this order on (4-16-08) But I am in Custody and we are on lockdown at Solano State Prison (C.S.P. Solano) in Vacaville, CA. We have been on lockdown Effective 3-28-08 and I cant go to the law library to do any law work or research on this case I don't know when we are coming off this lockdown I want to ask the court's for an 60 day extension from today of 4-16-08 for my Petitioner's Traverse to answer to this order I can't do anything until I come off lockdown Can you Please give me an extension thank you for your Patent's on this metter.

Sencerly
Patrick Baylis

STATE OF CALIFORNIA  
CDCR 3022-B (REV. 07/07)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

*Describe only this reporting periods specific Plan of Operation*

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| CSP-SOLANO | 3-28-08 | CSP-MARCH-28-08-007 |

☐ NORMAL PROGRAM   ☐ MODIFIED PROGRAM   ☒ LOCKDOWN   ☐ STATE OF EMERGENCY

☐ INITIAL   ☒ UPDATE   ☐ CLOSURE

### RELATED INFORMATION (CHECK ALL THAT APPLY)

**AREA AFFECTED**
- ☒ INSTITUTION:
- ☐ FACILITY:
- ☐ HOUSING UNIT:
- ☐ VOCATION:
- ☐ EDUCATION:
- ☐ OTHER:

**INMATES AFFECTED**
- ☒ ALL
- ☐ BLACK
- ☐ WHITE
- ☐ HISPANIC
- ☐ OTHER

**REASON**
- ☐ BATTERY
- ☐ DEATH
- ☐ RIOT / DISTURBANCE
- ☐ GROUPING
- ☒ OTHER   DISCOVERY OF LIVE 22 CAL ROUND / ZIP GUN THREAT

**MOVEMENT**
- ☐ NORMAL
- ☒ ESCORT ALL MOVEMENT
- ☒ UNCLOTHED BODY SEARCH PRIOR TO ESCORT
- ☐ CONTROLLED MOVEMENT
- ☒ OTHER: Ratio 5 to 1

**FEEDING**
- ☐ NORMAL
- ☒ CELL FEEDING
- ☐ CONTROLLED FEEDING IN DINING ROOM
  - ☐ HOUSING UNIT/DORM AT A TIME
  - ☐ DORM POD AT A TIME
  - ☐ TIER AT A TIME
  - ☐ HOUSING UNIT SECTION AT A TIME
- ☐ SACK MEAL BREAKFAST
- ☐ SACK MEAL LUNCH
- ☐ SACK MEAL DINNER

**DUCATS**
- ☐ NORMAL
- ☒ MEDICAL DUCATS ONLY
- ☐ CLASSIFICATION DUCATS
- ☐ PRIORITY DUCATS ONLY

**VISITING**
- ☐ NORMAL VISITING
- ☐ NON-CONTACT ONLY
- ☒ NO VISITING
- ☐ OTHER:

**WORKERS**
- ☐ NORMAL
- ☐ CRITICAL WORKERS ONLY
- ☐ CULINARY
- ☐ CLERKS
- ☐ VOCATION/EDUCATION
- ☐ CANTEEN
- ☐ CLOTHING ROOM
- ☐ RESTRICTED WORK PROGRAM
- ☐ PORTERS
- ☒ NO INMATE WORKERS

**SHOWERS**
- ☐ NORMAL
- ☐ ESCORTED
- ☐ ONE INMATE PER SHOWER – OWN TIER
- ☒ CELL PARTNERS TOGETHER – OWN TIER
- ☒ DORM SHOWERING BY GROUP
- ☐ CRITICAL WORKERS ONLY
- ☐ NO SHOWERS

**MEDICAL**
- ☐ NORMAL MEDICAL PROGRAM
- ☒ PRIORITY DUCATS ONLY
- ☒ RN'S CONDUCT ROUNDS IN UNITS
- ☐ INMATES ESCORTED TO SICK CALL
- ☒ EMERGENCY MEDICAL ONLY
- ☒ OTHER: MEDICAL ISSUE MEDS IN BUILD

**LEGAL LIBRARY**
- ☐ NORMAL
- ☒ APPROVED COURT DEADLINES

**DAYROOM**
- ☐ NORMAL
- ☒ NO DAYROOM ACTIVITIES
- ☐ MODIFIED:

**RECREATION**
- ☐ NORMAL
- ☒ NO RECREATIONAL ACTIVITIES
- ☐ MODIFIED:

**CANTEEN**
- ☐ NORMAL
- ☒ NO CANTEEN
- ☐ MODIFIED:

**PACKAGES**
- ☐ NORMAL
- ☒ NO PACKAGES
- ☐ MODIFIED:

**PHONE CALLS**
- ☐ NORMAL
- ☒ NO PHONE CALLS
- ☐ MODIFIED:

**RELIGIOUS SERVICES**
- ☐ NORMAL
- ☐ NO RELIGIOUS SERVICES
- ☒ MODIFIED: CHAPLAINS MAKE ROUNDS IN BUILDINGS

**REMARKS:**

On March 27, 2008, at about 1430 hours, Facility III staff received information indicating a "Zip Gun" still exists within the level II. The information specifically reflected the Zip Gun was moved from Facility III to Facility IV. On March 28, 2008, at about 0900 hours, a .22 caliber live round was discovered, uncontrolled on the Facility IV yard, in the grass area in front of the dining hall eight exit door.

| PREPARED BY: | DATE | NAME / SIGNATURE (WARDEN) | DATE |
|---|---|---|---|
| M. B. MILES, Correctional Captain | 3-28-08 | D. K. SISTO | 3-28-08 |

Patrick Bowling-Bryant - R-22508
A.S.P. Solano
P.O. Box 4000
Bud cell

LEGAL MAIL

California State Prison - Solano

19 APR 2008 PM 2 T
SACRAMENTO CA 957

Office of the Clerk,
U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA. 94102



USA FIRST-CLASS FOREVER