IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICK M. BAYLIS,

    Petitioner,

  v.

JAMES TILTON,

    Respondent(s).

No. C 07-05791 CRB (PR)

ORDER

    Good cause appearing, petitioner's request for an extension of time to file a traverse is GRANTED.  Petitioner shall file a traverse by no later than June 20, 2008 .

    No further extensions of time will be granted.

    The clerk shall terminate the motion in docket number 9.

SO ORDERED.

DATED:   April 23, 2008

CHARLES  R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.07\Baylis, P1.eot.wpd