IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BAYLIS,<br><br>　　　　Petitioner,<br><br>vs.<br><br>JAMES TILTON, Warden,<br><br>　　　　Respondent. | No. C 07-5791 CRB (PR)<br><br>ORDER DENYING<br>CERTIFICATE OF<br>APPEALABILITY |

　　　　Petitioner has filed a notice of appeal which the court also construes as a request for a certificate of appealability under 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b).

　　　　A certificate of appealability is DENIED because petitioner has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has not demonstrated that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000).

　　　　The clerk shall forward to the court of appeals the case file with this order. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

SO ORDERED.

DATED: JUL 3 1 2009

　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　United States District Judge

G:\PRO-SE\CRB\HC.07\Baylis, P1.coa.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PATRICK M BAYLIS,<br><br>        Plaintiff,<br><br>v.<br><br>JAMES TILTON et al,<br><br>        Defendant.<br>_____/ | Case Number: CV07-05791 CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 31, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Patrick Baylis V-31394
C.S.P. Solano
P.O. Box 4000
Vacaville, CA 95696

Dated: July 31, 2009

Richard W. Wieking, Clerk
By: Lashanda Scott, Deputy Clerk